No. 02–9496.  BUSTILLO-DELGADO v. UNITED STATES; SALGADO-PEREZ v. UNITED STATES; NAVA CORONA, AKA

PEREDES-GONZALEZ, AKA PAREDES-GONZALEZ v. UNITED STATES; ALVES DE LIMA, AKA DACUNHA v. UNITED STATES; REYNA-RODRIGUEZ v. UNITED STATES; JUAREZ-LOPEZ, AKA JUAREZ v. UNITED STATES; GARCIA-LOPEZ v. UNITED STATES; QUILANTAN-BROUSSARD v. UNITED STATES; and MARTINEZ-REYES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.